**Order entered February 13, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01327-CV

### JOSEPH COBB, Appellant

### V.

### RONALD HANSEN AND LISA HANSEN, Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-06461**

## ORDER

Before the Court is appellant's February 11, 2020 motion for a fourteen-day extension of time to file his opening brief. We **GRANT** the motion. Appellant's opening brief shall be filed by **February 29, 2020**.

/s/　　BILL WHITEHILL
　　　　JUSTICE